Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

Counsel for Defendant
CELLIE STURNS

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CELLIE STURNS,<br><br>　　　　Defendant | Case No.: CR 12-060 mmc<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS |

On February 17, 2012, Ms. Sturns was ordered released pursuant to a number of conditions of release, including that she participate in and reside at the residential substance abuse treatment program at Newbridge Foundation in Berkeley, CA, which was anticipated to be 90 days in length. Ms. Sturns has been participating successfully in that program and is scheduled to graduate from the 90 day residential treatment program on May 25, 2012. It is anticipated and agreed by the parties that Ms. Sturns leave the program on that day to return to live with her family at the following address: 307 Wisteria Drive, East Palo Alto, CA 94303.

//

STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS　　　　　　　1

Therefore, the parties hereby stipulate and agree that Ms. Sturns' release conditions should be modified to delete the requirement that Ms. Sturns be required to reside and participate in residential treatment at Newbridge Foundation in Berkeley, CA. Ms. Sturns' pretrial services officer Victoria Gibson agrees with the requested modification of her release conditions.

All other conditions of release shall remain in full force and effect.

SO STIPULATED:

Dated: May 14, 2012

/s/
Adam Pennella
Counsel for Cellie Sturns

Dated: May 14, 2012

MELINDA HAAG
UNITED STATES ATTORNEY

/s/
Kevin Barry
Assistant United States Attorney

SO ORDERED:

Dated: 5-21-12

Honorable Maria Elena James
United States Magistrate Judge